IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

IN RE :

REBECCA LYNN ROBINSON     CASE NUMBER :   10-10337
                                                               (Chapter 7)

DEBTOR(S)

**TRUSTEE'S OBJECTION TO DEBTOR'S APPLICATION
TO WAIVE CHAPTER 7 FILING FEE
AND NOTICE OF HEARING**

****** ****** ******

This Objection shall be brought on for hearing before the Court in the United States Bankruptcy Courtroom, Perkins Federal Building, 15th & Greenup Avenue, Ashland, KY on July 20, 2010 at the hour of 10:30 A.M.

Comes the Trustee and Objects to Debtor's Application to Waive Chapter 7 Filing Fee. Trustee advises the Court as follow:

    1) Debtor has agreed to pay a petition preparer $149.00 to assist with the preparation and filing of her petition;

    2) Debtor owns a home and a car;

    3) Debtor spends $60.00 per month on recreation and $100.00 per month for telephone services.

WHEREFORE, Trustee requests this Court to deny Debtor's Application to Waive Chapter 7 Filing Fee. Trustee would ask the Court to require Debtor to pay her filing fee in installments.

                                           /s/ PHAEDRA SPRADLIN, TRUSTEE
                                                  6301 Old Richmond Road
                                                  Lexington, KY 40515
                                                  (859) 263-3210

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Objection was served upon Debtor, and the Office of the U.S. Trustee on June 18, 2010.

/s/Phaedra Spradlin, Trustee

Case 10-10337-jms    Doc 4    Filed 06/18/10    Entered 06/18/10 10:49:20    Desc Main
Document      Page 3 of 3