UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Joseph M. Scott, Jr.

IN RE:  
Rebecca Lynn Robinson

CASE NUMBER 10-10337

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 7/20/2010          TIME: 10:30

APPEARANCES:

ISSUE:

  2     6/18/2010     Application for Waiver of Ch 7 Filing Fee, filed by Rebecca Lynn Robinson.  Objection to Waiver of Filing Fee due by 6/25/2010 (tb)

DISPOSITION:  
Other

JUDGE'S NOTES:

No appearances.  Objection sustained.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**  
*Joseph M. Scott, Jr.*  
**Bankruptcy Judge**  
**Dated: Tuesday, July 20, 2010**  
**(ekm)**